

**JAMES F. SCHNEIDER**
**U.S. BANKRUPTCY JUDGE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

IN RE:

Gene C. Stidham

Case No.: 15-22178
Chapter 13

DEBTOR(S)

DRRF Trust 2015-1, by Servis One, Inc. dba
BSI Financial Services, Inc., Servicing Agent

MOVANT
vs.
Gene C. Stidham

Christine Kreiner Stidham, non filing codebtor

RESPONDENT(S)

**ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO THE PROPERTY KNOWN AS 3368 OLD GAMBER ROAD, FINKSBURG, MD 21048**

Upon consideration of the foregoing Motion Seeking Relief from the Automatic Stay, no opposition having been filed, and good cause having been shown, it is by the United States Bankruptcy Court for the District of Maryland

1

ORDERED

That the automatic stay imposed by 11 U.S.C. Section 362(a) and Section 1301, be and the same is hereby, terminated to enable DRRF Trust 2015-1, by Servis One, Inc. dba BSI Financial Services, Inc., Servicing Agent, or its successors and assigns, to proceed with foreclosure against the real property and improvements known as 3368 Old Gamber Road, Finksburg, MD 21048 and allow the successful purchaser thereof to obtain possession of same.

cc:  Cohn, Goldberg & Deutsch, LLC
600 Baltimore Avenue, Suite 208
Towson, MD  21204

Gene C. Stidham
3368 Old Gamber Road
Finksburg, MD 21048

Christine Kreiner Stidham
3368 Old Gamber Road
Finksburg, MD 21048

and respondent(s)' counsel:        Ellen W. Cosby, Trustee
Louis Fiechtner, Esquire           300 East Joppa Road, Suite 409
8401 Corporate Drive 445           Towson, MD 21286
Landover, Maryland 20785

**End of Order**

2